# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
## NORFOLK DIVISION

**GUILTY PLEA**

| | |
|---|---|
| Time Set: 11:00 a.m. | Date: April 12, 2024 |
| Started: 11:05 a.m. | Presiding Judge: Elizabeth W. Hanes |
| Ended: 11:32 a.m. | Court Reporter: Jill Trail, OCR |
| | U.S. Attorney: Beth Yusi |
| | Defense Counsel: Kirsten Kmet, AFPD |
| Cr. No. 2:23cr00135-001 | Courtroom Deputy: B. Peters |

Defendant: Maria Reich        ___ In Custody   _X_ On Bond

- [X] Plea Agreement Hearing.
- [X] Defendant sworn.
- [X] Court fully advised defendant re proceedings and her rights. Defendant acknowledged she understood.
- [X] Court explained charge.
- [X] Court explained to defendant that by pleading guilty she waived jury trial.
- [X] Defendant satisfied with services and effectiveness of counsel.
- [X] Court inquired with counsel re: plea offers.
- [X] Court inquired re: voluntariness of plea.
- [X] Plea agreement reviewed and filed.
- [X] Statement of Facts executed, entered & filed in open court.
- [X] Court inquired re: threats or promises.
- [X] Policy re: procedures in guideline sentencing furnished to defendant.
- [X] Counsel satisfied that accepting terms of plea agreement is in the best interest of the defendant.
- [X] Court rearraigns defendant.
- [X] Defendant enters plea of guilty to Counts 1 & 8 of the Indictment.
- [X] Court ACCEPTS plea and ADJUDGES defendant guilty as charged in Counts 1 & 8 of the Indictment.
- [X] Continued for pre-sentence report.
- [X] Set for disposition on: August 22, 2024, at 1:00 p.m.
- [ ] Defendant remanded to custody of U.S. Marshal.
- [X] Defendant continued on present bond.
- [X] Court explained that by pleading guilty, defendant waived her right to appeal.
- [X] Sentencing Procedures Order executed, entered & filed in open court.
- [ ] Consent Order of Forfeiture executed, entered & filed.